IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY PERNA,

    Plaintiff,

v.                                                     No. 1:22-cv-292 MIS/KRS

BOARD OF COUNTY COMMISSIONERS
of the COUNTY of BERNALILLO,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

    At the Rule 16 scheduling conference held on June 21, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED**.

                                                               _____
                                                               KEVIN R. SWEAZEA
                                                               UNITED STATES MAGISTRATE JUDGE