**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANTHONY PERNA,

     Plaintiff,

     vs.                         No. 1:22-CV-292-MIS/KRS

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF BERNALILLO,

     Defendant.

**ORDER TO ALLOW FILING OF PLAINTIFF'S**
**FIRST AMENDED COMPLAINT**

This matter having come before the Court on Plaintiff's Unopposed Motion to Amend

Complaint, filed on July 11, 2022, and having duly considered the matter, the Court ORDERS

that Plaintiff be allowed to file his First Amended Complaint.

     IT IS SO ORDERED.


_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

Approved:

*/s/ Pia Gallegos*
Pia Gallegos Law Firm, PC
116 14th St. SW
Albuquerque, NM 87102
(505) 220-9985
pia@gallegoslaw.com


*/s/ Deborah Wells*
Deborah Wells
Kennedy, Moulton & Wells, P.C.
2201 San Pedro Dr NE
Albuquerque, NM 87110
(505) 884-7887
ddwells@kmwpc.com