IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY PERNA,

   Plaintiff,

vs.                                                    No. 1:22-CV-292-MIS/KRS

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF BERNALILLO,

   Defendant.

## ORDER GRANTING AGREED EMERGENCY MOTION TO SEAL PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS MATTER is before the Court on the parties' agreed Emergency Motion to Seal Plaintiff's Motion for Leave to File Second Amended Complaint for Damages and Motion to Amend the Scheduling Order. (Doc. 60) (asking the Court to seal Document 52).

Having considered the Motion to Seal and record of the case, it is hereby ordered that the parties' Emergency Motion to Seal, (Doc. 60), is GRANTED, and the Clerk of the Court shall seal Document 52.

IT IS SO ORDERED.

                                                             KEVIN R. SWEAZEA
                                                             UNITED STAGES MAGISTRATE JUDGE

Submitted by,

*/s/ Steven K. Sanders*
Steven K. Sanders
Steven K. Sanders and Associates LLC
Attorney for Plaintiff
820 2nd St NW
Albuquerque, NM 87102
(505) 243-7170

and

*s/ Pia Gallegos*
Pia Gallegos Law Firm, P.C.
Attorney for Plaintiff
pia@gallegoslaw.com
116 14th St. S.W.
Albuquerque, NM 87104
(505) 842-8484, (505) 220-9985 (direct)
(505) 842-8200 (fax)

Approved by:

DEBORAH D. WELLS
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887
Attorney for Defendant Board of County Commissioners of the County of Bernalillo


/s/ Steven K. Sanders
Steven K. Sanders